381 A.2d 898

Commonwealth v. Long, Appellant.

Argued September 15, 1977.

Edward F. Browne, Jr., Assistant Public Defender, for appellant; Henry S. Kenderdine, Jr., Assistant District Attorney, and D. Richard Eckman, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.

381 A.2d 898

Commonwealth v. Mascaro, Appellant.

Argued September 21, 1977. Perry DeMarco, with him A. Charles Peruto, for appellant; Robert S. Gawthrop, III, Assistant District Attorney, with him William H. Lamb, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

VAN der VOORT, J., did not participate in the consideration or decision of this case.